

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| CLAUDIA SUSANA MARTINEZ JARDON, | § | No. 08-17-00183-CV |
|  | § | Appeal from the |
| Appellant, |  |  |
|  | § | 65th District Court |
| v. |  |  |
|  | § | of El Paso County, Texas |
| GERD PFISTER, |  |  |
|  | § | (TC# 2013DCM4404) |
| Appellee. |  |  |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **August 2, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before August 2, 2018.

IT IS SO ORDERED this 18th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.